UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:
NATALIE O MASON

Debtor
SSN XXX-XX-7632

CASE NO. 06 B 14923

CHAPTER 13

JUDGE: BRUCE W BLACK

# TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/14/06 and confirmed on 03/15/07.

2. The case was dismissed after confirmation, 04/25/2008.

3. The Debtor paid a total of $ 7840.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO BANK | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO BANK | MORTGAGE ARRE | 26176.65 | .00 | 4780.96 |
| US DEPARTMENT OF EDUCATI | UNSECURED | 10118.05 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 550.19 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 388.24 | .00 | .00 |
| CAVALRY SPV II LLC | UNSECURED | 572.00 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 676.96 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 2746.31 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 250.67 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 26176.65 | 550.19 | 14752.23 | .00 | 41479.07 |
| PRINCIPAL PAID | 4780.96 | .00 | .00 | .00 | 4780.96 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 4780.96 | .00 | .00 | .00 | 4780.96 |

The Debtor's attorney, ERNESTO D BORGES JR , was allowed $ 3000.00 and was paid $ 324.00 direct and $ 2676.00 through the plan.

The Trustee received $ 383.04 .

Refunds to the Debtor totaled $ .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 07/21/08 /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 06 B 14923 NATALIE O MASON